IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CINTAS CORPORATION NO. 2, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-00799-SDJ-AGD |
| BACKWOODS INVESTMENTS, LLC, d/b/a CHILL, | § § § § | |
| Defendant. | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action ("Report") (Dkt. #34), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 14, 2023, the Magistrate Judge entered the Report, recommending that Plaintiff Cintas Corporation No. 2's Motion to Stay and to Compel Arbitration (Dkt. #12) and Supplement to Motion to Stay and to Compel Arbitration (Dkt. #20) should be denied.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Stay and to Compel Arbitration (Dkt. #12) and Supplement to Motion to Stay and to Compel Arbitration (Dkt. #20) are **DENIED**.

**So ORDERED and SIGNED this 5th day of October, 2023.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE